# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  )ss.:
COUNTY OF SUFFOLK )

    MaryJean Rosenbrock, being duly sworn, deposes and says, I am not a party to the within action, am over 18 years of age and reside in Hauppauge, New York.

    On October 8, 2014, I served the within Civil Cover Sheet and Notice of Removal by depositing a true and correct copy thereof, enclosed in a pre-paid wrapper, by FedEx, addressed to the following persons at the last known address:

Jonathan C. Sullivan, Esq.
RUSKIN MOSCOU FALTISCHEK, P.C.
Attorneys for Plaintiff
1425 RXR Plaza, 15th Floor, East Tower
Uniondale, New York 11556

_____
MaryJean Rosenbrock

Sworn to before me this
8th day of October, 2014.

_____
Notary Public

MARIANNE FEIST
Notary Public, State of New York
No. 52-4971469
Qualified in Suffolk County
Commission Expires September 04, 2018

4843-4417-5903, v. 1